**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LESLIE'S, INC., *et al.*,[1] | ) | Case No. 26-90795 (ARP) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | (Emergency Hearing Requested) |

**NOTICE OF DESIGNATION AS COMPLEX BANKRUPTCY CASE**

On September 30, 2026, Leslie's, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The undersigned proposed counsel believes that these chapter 11 cases qualify as complex cases because:

__X__ The total liabilities of the Debtors exceed $10 million.

__X__ There are more than 50 parties-in-interest in these cases.

__X__ Claims against the Debtors are publicly traded.

_____ Other.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/lesliespool/. The location of Debtor Leslie's, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 2005 East Indian School Road, Phoenix, AZ 85016.

The Debtors respectfully request entry of the Order, granting the relief requested herein and such other relief as the Court deems appropriate.

Houston, Texas
September 30, 2026

*/s/ Charles A. Beckham, Jr.*

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Kelli S. Norfleet (TX Bar No. 24070678)
Re'Necia Sherald (TX Bar No. 24121543)
Imaan Patel (TX Bar No. 24139247)
1221 McKinney St.
Ste. 4000
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
kelli.norfleet@haynesboone.com
renecia.sherald@haynesboone.com
imaan.patel@haynesboone.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
John R. Luze (*pro hac vice* pending)
Moshe A. Fink (*pro hac vice* pending)
Stephanie A. Marshak (*pro hac vice* pending)
Zachary J. Weiner (*pro hac vice* pending)
Michael J. Koch (*pro hac vice* pending)
425 Lexington Ave
New York, NY 10017
Telephone: (212) 455-3850
Facsimile: (212) 455-2502
Email: jack.luze@stblaw.com
moshe.fink@stblaw.com
stephanie.marshak@stblaw.com
zachary.weiner@stblaw.com
michael.koch@stblaw.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on September 30, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.