**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **LESLIE'S, INC.,** | § | Case No. 26-90795 (ARP) |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Hudson M. Jobe of Jobe Law PLLC appears in this chapter 11 case as counsel for Innovative Water Care, LLC ("IWC"), a creditor and party in interest.

Under section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 9007, and 9010(b), and paragraph 11 of the Procedures for Complex Cases in the Southern District of Texas, IWC requests that it be added to the master service list and that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served on:

Hudson M. Jobe
Jobe Law PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 807-0563
Email: hjobe@jobelawpllc.com

This request covers every notice and paper referred to in the Bankruptcy Rules and every order, application, motion, petition, pleading, request, complaint, demand, plan, and disclosure statement filed or served in this case, however transmitted.

This notice is not a consent to jurisdiction and does not waive any right of IWC, including (i) the right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) the right to trial by jury, (iii) the right to seek withdrawal of the reference, and (iv) any claim, defense, setoff, recoupment, or reclamation right. All of those rights are reserved.

Respectfully submitted,

**JOBE LAW PLLC**

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
S.D. Tex. Bar No. 567077
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 807-0563
Email: hjobe@jobelawpllc.com

**COUNSEL FOR INNOVATIVE WATER CARE, LLC**

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, a true and correct copy of this notice was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this case.

*/s/ Hudson M. Jobe*
Hudson M. Jobe