**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LESLIE'S, INC., *et al.*, | ) | Chapter 11 |
| | ) | Case No. 26-90795 (ARP) |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for BRENNTAG MID-SOUTH, LLC in the above-captioned chapter 11 cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned hereby request service of all notice of hearings, conferences, and papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010. All notices given or required to be given in this case or any adversary proceeding related to this case shall be served upon:

**MCGUIREWOODS LLP**
Demetra Liggins
State Bar No. 24026844
Dairanetta Spain
State Bar No. 24147319
Texas Tower
845 Texas Ave.
24th Floor
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

**STEVENS & LEE, P.C.**
Gregory T. Donilon (*pro hac vice* pending)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3311
Facsimile: (610) 371-7371
Email: gregory.donilon@stevenslee.com

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/lesliespool/. The location of Debtor Leslie's, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 2005 East Indian School Road, Phoenix, AZ 85016.

**PLEASE TAKE FURTHER NOTICE** that the foregoing service request not only includes notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, any and all schedules and statements, statements of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests, disclosure statements, letters, objections, answering or reply papers, memoranda or briefs brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, telephone, telegraph, telex, or otherwise provided to the "Bankruptcy clerk," "Clerk," "Court" or "judge," as those terms are defined in Bankruptcy Rule 9001 in connection with this bankruptcy proceeding or property related thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered by the United States District Court for the Southern District of Texas; (ii) the right to a jury trial in any proceeding related to this case or any case, controversy, or proceeding related to this case; (iii) the right to request the withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any potential objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, all of which are expressly reserved.

[Signature page follows]

**DATED:** October 5, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

/s/ *Demetra Liggins*
Demetra Liggins
Dairanetta Spain
Texas Tower
845 Texas Ave.
24th Floor
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

**STEVENS & LEE, P.C.**

/s/ *Gregory Donilon*
Gregory T. Donilon (*pro hac vice* pending)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3311
Facsimile: (610) 371-7371
Email: gregory.donilon@stevenslee.com

**COUNSEL FOR BRENNTAG MID-SOUTH, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true and correct copy of the foregoing has been served on all parties entitled to service via this Court's electronic filing system ("ECF").

*/s/ Demetra Liggins*
Demetra Liggins