**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LESLIE'S, INC., *et al.*,[1] | ) | Case No. 26-90795 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that Eversheds Sutherland (US) LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Bio-Lab, Inc. and NC Brands L.P., and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

David A. Wender
EVERSHEDS SUTHERLAND (US) LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone: 404.853.8000
Facsimile: 404.853.8175
davidwender@eversheds-sutherland.com

Todd C. Meyers
(Motion for *Pro Hac Vice* Admissions Forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
600 Peachtree Street NE, Suite 5200

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/lesliespool/. The location of Debtor Leslie's, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 2005 East Indian School Road, Phoenix, AZ 85016.

Atlanta, GA 30308
Telephone:404.868.6645
toddmeyers@eversheds-sutherland.com

John J. Ramirez
(Motion for *Pro Hac Vice* Admissions Forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
johnramirez@eversheds-sutherland.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service shall not be deemed to be a waiver of the Trustee's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Trustee is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Trustee expressly reserves, or (5) to any and all defenses or objections the Trustee may have to any claims asserted against them in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

Dated: Houston, Texas
October 6, 2026

Respectfully submitted,

*/s/David A. Wender*

David A. Wender (Texas Bar. No. 24081945)
EVERSHEDS SUTHERLAND (US) LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone: 404.853.8000
Facsimile: 404.853.8806
davidwender@eversheds-sutherland.com

Todd C. Meyers
(Motion for *Pro Hac Vice* Admissions Forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
Telephone:404.868.6645
toddmeyers@eversheds-sutherland.com

John J. Ramirez
(Motion for *Pro Hac Vice* Admissions Forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: (212) 389-5000
johnramirez@eversheds-sutherland.com