**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-90795 (ARP)** |
| **LESLIE'S INC., *et al.*** | § | |
| | § | |
| | § | **CHAPTER 11** |
| **DEBTORS.**[1] | § | |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

| | Creditor | Representative |
|---|---|---|
| 1 | **JB Hunt Transport, Inc**<br>615 JB Hunt Corporate Dr.<br>Lowell, AR 72745 | Erica Hayes<br>erica.hayes@jbhunt.com |
| 2 | **Bio-Lab, Inc.**<br>1725 N. Brown Road<br>Lawrenceville, Georgia 30043 | Zachery Kennedy<br>KBaia@kikcorp.com |
| 3 | **Innovative Water Care, LLC**<br>2475 Pinnacle Drive<br>Wilmington, DE 19803 | Blair Partlow<br>bpartlow@solenis.com |
| 4 | **Regency Centers, L.P.**<br>One Independent Drive, Suite 114<br>Jacksonville, FL 32202 | Ernst Bell<br>ErnstBell@RegencyCenters.com |
| 5 | **Brenntag Mid-South, LLC**<br>5083 Pottsville Pike | Charles Daniels<br>Chuck.Daniels@brenntag.com |

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/lesliespool/. The location of Debtor Leslie's, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 2005 East Indian School Road, Phoenix, AZ 85016

| | | |
|---|---|---|
| | Reading, Pennsylvania | |
| 6 | **Kimco Realty Corporation**<br>500 North Broadway, Ste 201<br>Jericho, NY 11753 | Raymond Edwards<br>redwards@kimcorealty.com |
| 7 | **Hayward Industries, Inc.**<br>1415 Vantage Park Dr., Ste 400<br>Charlotte, NC 28203 | Debbie Willoughby<br>dwilloughby@hayward.com |

SIGNED on October 14, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ Ha M. Nguyen*
Ha M. Nguyen
Trial Attorney
CA State Bar No. 305411
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4670
Ha.nguyen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 14th day of October 2026.

*/s/ Ha M. Nguyen*
Ha M. Nguyen