**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LESLIE'S, INC., *et al.*,[1] | ) | Case No. 26-90795 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED AGENDA OF MATTERS SET FOR HEARING**
**ON OCTOBER 27, 2026, AT 9:00 A.M. (CENTRAL TIME)**

Leslie's, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases, hereby file this *Amended Agenda of Matters Set for Hearing on* ***October 27, 2026, at 9:00 a.m.*** **(prevailing Central Time)** (as may be adjourned or continued to another date and time, the "Hearing") before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

## I. Matters Going Forward

**A. Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503, 506 and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Rules 2002-1(a), 4001-1, 4002-1 and 9013-1 of the Local Bankruptcy Rules (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Status and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 33] (the "DIP Motion").**

**Status:** A Certificate of Counsel has been submitted on this matter, resolving all known comments.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/lesliespool/. The location of Debtor Leslie's, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 2005 East Indian School Road, Phoenix, AZ 85016.

**Responses and Objections:** No responses or objections.

**Related Documents:**

1. Declaration of Ryan Kielty in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503, 506 and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Rules 2002-1(a), 4001-1, 4002-1 and 9013-1 of the Local Bankruptcy Rules (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing; (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Status; and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 35].

2. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 74].

3. Certificate of Counsel Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363, 364, 503, 506 and 507(a), Fed. R. Bankr. P. 2002, 4001, and 9014 and Rules 2002-1(a), 4001-1, 4002-1 and 9013-1 of the Local Bankruptcy Rules (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Status and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Docket No. 193].

**B. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue Cash Management Programs, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 11] (the "Cash Management Motion").**

**Status:** A Certificate of Counsel has been submitted on this matter, resolving all known comments.

**Responses and Objections:** No responses or objections.

**Related Documents:**

1. Interim Order Authorizing the Debtors to (I) Continue to Operate the Cash Management Systems and Maintain Existing Bank Accounts, (II) Continue Cash Management Programs, and (III) Continue to Perform Intercompany Transactions [Docket No. 59] (the "Interim Cash Management Order").

2. Certificate of Counsel Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue Cash Management Programs, and (C) Continue to Perform Intercompany Transactions; and (II) Granting Related Relief [Docket No. 196].

C. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Foreign Vendors, and (D) 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; and (III) Granting Related Relief [Docket No. 12] (the "Critical Vendor Motion").**

**Status:** A Certificate of Counsel has been submitted on this matter, resolving all known comments.

**Responses and Objections:** No responses or objections.

**Related Documents:**

1. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Foreign Vendors, and (D) 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; and (III) Granting Related Relief [Docket No. 61].

2. Certificate of Counsel Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Foreign Vendors, and (D) 503(b)(9) Claimants; (II) Confirming Administrative Expense Priority of Outstanding Orders; and (III) Granting Related Relief [Docket No. 191].

D. **Debtors' Emergency Motion to Shorten Objection and Notice Periods Regarding the Disclosure Statement [Docket No. 169].**

**Status:** This matter is going forward.

**Responses and Objections:** No responses or objections.

## II. Other Generally Related Documents

1. Declaration of Jeff White, Chief Financial Officer of Leslie's, Inc. in Support of the Chapter 11 Petitions and the First Day Motions [Docket No. 5].

2. Notice of Hearing to Consider Final Approval of Relief Sought in Certain First Day Motions [Docket No. 78].

3. Debtors' Notice of Intent to Adduce Testimony From a Remote Location by Telephone and Video Technology [Docket No. 165].

4. Debtors' Witness and Exhibit List for Second Day Hearing [Docket No. 190].

5. The Official Committee of Unsecured Creditors' Witness and Exhibit List for Second Day Hearing [Docket No. 189].

6. Affidavit of Service Regarding the DIP Motion, the Cash Management Motion, and the Critical Vendor Motion [Docket No. 50].

7. Affidavit of Service Regarding the Cash Management Motion and the Interim Cash Management Order [Docket No. 154].

*[Remainder of page intentionally left blank]*

Houston, Texas
October 26, 2026

*/s/ Kourtney P. Lyda*

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Kelli S. Norfleet (TX Bar No. 24070678)
Kourtney P. Lyda (TX Bar No. 24013330)
Re'Necia Sherald (TX Bar No. 24121543)
Imaan Patel (TX Bar No. 24139247)
1221 McKinney St.
Ste. 4000
Houston, TX 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
kelli.norfleet@haynesboone.com
kourtney.lyda@haynesboone.com
renecia.sherald@haynesboone.com
imaan.patel@haynesboone.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**SIMPSON THACHER & BARTLETT LLP**
John R. Luze (admitted *pro hac vice*)
Michael J. Koch (admitted *pro hac vice*)
167 N Green St.
Ste. 1400
Chicago, IL 60607
Telephone: (312) 449-5130
Email: jack.luze@stblaw.com
michael.koch@stblaw.com

-and-

Moshe A. Fink (admitted *pro hac vice*)
Stephanie A. Marshak (admitted *pro hac vice*)
Zachary J. Weiner (admitted *pro hac vice*)
425 Lexington Ave.
New York, NY 10017
Telephone: (212) 455-3850
Facsimile: (212) 455-2502
Email: moshe.fink@stblaw.com
stephanie.marshak@stblaw.com
zachary.weiner@stblaw.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that, on October 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Kourtney P. Lyda*