DEPARTMENT OF REVENUE

# Proof of Claim Schedule

United States Courts
Southern District of Texas
FILED
NOV 06 2026
Nathan Ochsner, Clerk of Court

November 2, 2026

**Debtor(s):** LESLIES POOLMART INC
**Case:** 26-90795
**Chapter:** Chapter 11
**Petition Date:** 09/30/2026

| | Totals |
|---|---|
| **Secured:** | $0.00 |
| **Priority:** | $159.18 |
| **Unsecured:** | $0.00 |
| **Penalty Priority:** | $0.00 |
| **Penalty Unsecured:** | $0.00 |

| Id Number | Tax Type | Period | Date Assessed | Tax | Penalty | Interest | Other* | Total | Class |
|---|---|---|---|---|---|---|---|---|---|
| 0005885519 | Withholding | 12/31/2025 | 08/27/2026 | $159.18 | $0.00 | $0.00 | $0.00 | $159.18 | PRIORITY |
| | | | | $159.18 | $0.00 | $0.00 | $0.00 | $159.18 | |

*Other: Additional Tax Charge (ATC) for underpayment of estimated taxes/credits (refunds, payments, etc.)

- Interest and penalty are assessed to the date of petition/conversion for Unsecured Priority and Unsecured Non-priority periods.
- Interest and penalty are assessed to the date of the claim for Secured periods.
- A $30 non-refundable fee will be assessed if any payment is returned due to NSF (non-sufficient funds).